| | |
|---|---|
| Mille Lacs Band of Ojibwe, et al., <br><br>           Appellees, <br><br> v. <br><br> County of Mille Lacs, Joseph Walsh, Kyle Burton, <br><br>           Appellants. | No. 23-1257 <br>      23-1261 <br>      23-1265 |

# APPELLANTS' STATEMENT OF ISSUES

Appellants County of Mille Lacs, Joseph Walsh, Mille Lacs County Attorney, and Kyle Burton, Mille Lacs County Sheriff, through their counsel, provide the following statement of issues:

1.    Did the district court err in granting Appellees declaratory relief on their law enforcement interference claims.

2.    Whether the Mille Lacs reservation, created in an 1855 treaty, was subsequently disestablished by later treaties, acts of Congress and agreements, and as confirmed in Supreme Court decisions.

3.    Whether the Band is precluded from asserting a claim that the 1855 reservation continues to exist given jurisdictional bar of the Indian Claims Commission Act.

**TAFT STETTINIUS & HOLLISTER LLP**

Dated: February 23, 2023   By: *s/Scott G. Knudson*
        Scott G. Knudson (#141987)
        Scott M. Flaherty (#388354)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:  (612) 977-8400
Email:   sknudson@taftlaw.com
Email:   sflaherty@taftlaw.com

***Attorneys for Appellant***
***Joseph Walsh***

**NOLAN, THOMPSON, LEIGHTON &**
  **TATARYN, PLC**

Dated: February 23, 2023   By: *s/ Randy V. Thompson*
        Randy V. Thompson (#122506)
        Courtney E. Carter (#390284)
1011 First Street South, Suite 410
Hopkins, MN  55343
Telephone:  (952) 405-7171
Email:   rthompson@nmtlaw.com
Email:   ccarter@nmtlaw.com

***Attorneys for Appellant***
***County of Mille Lacs***

**KELLEY, WOLTER & SCOTT, P.A.**

Dated: February 23, 2023     By: *s/ Brett D. Kelley*
                                            Douglas A. Kelley (#54525)
                                            Steven E. Wolter (#170707)
                                            Brett D. Kelley (#397526)
                                            Perry F. Sekus (#309412)
                                            Stacy L. Bettison (#315886)
Centre Village Offices, Suite 2530
431 South Seventh Street
Minneapolis, MN 55415
Telephone: (612) 371-9090
Fax: (612) 371-0574
Email: dkelley@kelleywolter.com
Email: swolter@kelleywolter.com
Email: bkelley@kelleywolter.com
Email: psekus@kelleywolter.com
Email: sbettison@kelleywolter.com

***Attorneys for Appellant***
***Mille Lacs County Sheriff Kyle Burton***

3

# CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that service of the foregoing will be accomplished via the CM/ECF system.

s/ *Scott G. Knudson*
Scott G. Knudson