**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| Mille Lacs Band of Ojibwe, et al.,<br><br>      Appellees,<br><br>v.<br><br>County of Mille Lacs, Joseph Walsh, Kyle Burton,<br><br>      Appellants. | No. 23-1257<br>   23-1261<br>   23-1265 |

**APPELLANTS' NOTIFICATION OF**
**RECORD ON APPEAL AND TRANSCRIPTS**

Appellants County of Mille Lacs, Joseph Walsh, Mille Lacs County Attorney, and Kyle Burton, Mille Lacs County Sheriff, through their counsel, certify as follows:

  1. Appellants have conferred with Appellees regarding the record on appeal. Appellants intend to file separate appendix under Eighth Circuit Rule 30(A)(b)(2).

  2. Appellants designate the following items to be in their appendix: the list of docket entries in the district court and the following items from the district court's docket:

1; 17; 19; 21; 99 Ex. P; 150-51, Ex. AAA; 165 and Exs. 1-7; 166; 167 and Exs. 1, 2, 4 and 6; 177 and Exs. 2, 7, 10 and 11; 180; 242 and Exs. 1-118; 258 and Exs. 119-148; 259 and Exs. A and B; 260 and Exs. B, C and D; 261 and Exs. A, B and C; 262 and Ex. A; 278 and Exs. 1 and 2.

3.  Pursuant to Fed. R. App. P. 10(b)(1)(B), Appellants certify that transcripts were previously ordered and are on file on the district court's docket for the following hearings:

> August 19, 2020  (Docket No. 202)
> March 21, 2021   (Docket No. 284)
> August 11, 2022  (Docket No 340)

**TAFT STETTINIUS & HOLLISTER LLP**

Dated: February 23, 2023

By: *s/Scott G. Knudson*
Scott G. Knudson (#141987)
Scott M. Flaherty (#388354)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 977-8400
Email:   sknudson@taftlaw.com
Email:   sflaherty@taftlaw.com

*Attorneys for Appellant Joseph Walsh*

**NOLAN, THOMPSON, LEIGHTON & TATARYN, PLC**

Dated: February 23, 2023    By: *s/ Randy V. Thompson*
　　　　　　　　　　　　　　Randy V. Thompson (#0122506)
　　　　　　　　　　　　　　Courtney E. Carter (#0390284)
　　　　　　　　　　　1011 First Street South, Suite 410
　　　　　　　　　　　Hopkins, MN 55343
　　　　　　　　　　　Telephone: (952) 405-7171
　　　　　　　　　　　Email:　　rthompson@nmtlaw.com
　　　　　　　　　　　　　　　　ccarter@nmtlaw.com

　　　　　　　　　　　***Attorneys for Appellant***
　　　　　　　　　　　***County of Mille Lacs***


**KELLEY, WOLTER & SCOTT, P.A.**

Dated: February 23, 2023    By: *s/Brett D. Kelley*
　　　　　　　　　　　Douglas A. Kelley (#54525)
　　　　　　　　　　　Steven E. Wolter (#170707)
　　　　　　　　　　　Brett D. Kelley (#397526)
　　　　　　　　　　　Perry F. Sekus (#309412)
　　　　　　　　　　　Stacy L. Bettison (#315886)
　　　　　　　　　　　Centre Village Offices, Suite 2530
　　　　　　　　　　　431 South Seventh Street
　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　Telephone: (612) 371-9090
　　　　　　　　　　　Fax:　　　(612) 371-0574
　　　　　　　　　　　Email:　　dkelley@kelleywolter.com
　　　　　　　　　　　Email:　　swolter@kelleywolter.com
　　　　　　　　　　　Email:　　bkelley@kelleywolter.com
　　　　　　　　　　　Email:　　psekus@kelleywolter.com
　　　　　　　　　　　Email:　　sbettison@kelleywolter.com

　　　　　　　　　　　***Attorneys for Appellant***
　　　　　　　　　　　***Mille Lacs County Sheriff***
　　　　　　　　　　　***Kyle Burton***

# CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that service of the foregoing will be accomplished via the CM/ECF system.

*s/ Scott G. Knudson*
Scott G. Knudson