# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1257

Mille Lacs Band of Ojibwe, a federally recognized Indian tribe, et al.

Appellees

v.

Joseph J. Walsh, individually and in his official capacity as County Attorney for Mille Lacs County

Appellant

Kyle Burton, individually and in his official capacity as Sheriff of Mille Lacs County and County of Mille Lacs, Minnesota

No: 23-1261

Mille Lacs Band of Ojibwe, a federally recognized Indian tribe, et al.

Appellees

v.

County of Mille Lacs, Minnesota

Appellant

Joseph J. Walsh, individually and in his official capacity as County Attorney for Mille Lacs County and Kyle Burton, individually and in his official capacity as Sheriff of Mille Lacs County

No: 23-1265

Mille Lacs Band of Ojibwe, a federally recognized Indian tribe, et al.

Appellees

v.

County of Mille Lacs, Minnesota and Joseph J. Walsh, individually and in his official capacity as County Attorney for Mille Lacs County

Kyle Burton, individually and in his official capacity as Sheriff of Mille Lacs County

Appellant

Appeal from U.S. District Court for the District of Minnesota
(0:17-cv-05155-SRN)

___

**ORDER**

Appellants' motion for an extension of time to file the brief is granted. Appellants may have until May 1, 2023 to file the brief and appendix.

March 09, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

___

/s/ Michael E. Gans